**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANIBAL SILVA,<br><br>Appellant,<br><br>v.<br><br>RIVERSIDE COUNTY TAX COLLECTOR; et al.,<br><br>Appellees. | No. 20-55790<br><br>D.C. No. 5:19-cv-00571-JGB<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
Jesus G. Bernal, District Judge, Presiding

Submitted November 8, 2021**

Before:   CANBY, TASHIMA, and MILLER, Circuit Judges.

Anibal Silva appeals pro se from the district court's judgment dismissing his bankruptcy appeal for failure to file required documents.  We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291.  We review for an abuse of discretion. *Fitzsimmons v. Nolden (In re Fitzsimmons)*, 920 F.2d 1468, 1471 (9th Cir. 1990).

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We affirm.

The district court did not abuse its discretion by dismissing Silva's appeal for failure to file all the documents required by Federal Rule of Bankruptcy Procedure 8003, after providing additional time and multiple warnings that failure to do so would result in dismissal. *See* Fed. R. Bankr. P. 8003(a)(2) (an appellant's failure to take steps to prosecute a bankruptcy appeal may be grounds for dismissal); *Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988) (court must show it had sufficiently considered and exhausted alternatives to dismissal).

We reject as without merit Silva's contention that the district judge engaged in improper behavior.

Silva's motion to supplement the appellate record (Docket Entry No. 11) is granted.

**AFFIRMED.**